IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FREDERICK PINKSTON**  **PLAINTIFF**
*Reg. #19117-075*

v.   Case No. 2:20-cv-00019-LPR

**DEWAYNE HENDRIX**
*Warden, Federal Correctional Complex (Low)*   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Frederick Pinkston's Petition for a Writ of Habeas Corpus (Doc. 1) is DISMISSED.

IT IS SO ADJUDGED this 2nd day of October 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE